# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Lisa Cox                                                Docket No. 7:11-CR-9-2F

### Petition for Action on Probation

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lisa Cox, who, upon an earlier plea of guilty to 18 U.S.C. §1956(h)- Conspiracy to Commit Money Laundering, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 10, 2011, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 200 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed three (3) consecutive years. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

3. The defendant shall cooperate in the collection of DNA as directed by the probation office.

4. The defendant shall not own, operate, or participate with video poker machines or gaming machines of any kind which are legal or illegal during the term of probation. This shall exclude North Carolina Lottery Machines.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Cox has been on electronic monitoring for the past thirty months with no issues. She has satisfied her community service requirement and has paid her financial obligation in full. Her supervision is scheduled to expire in six months. Based on her cooperation, it is recommended that the electronic monitoring condition be suspended for the remaining period of supervision.

Lisa Cox
Docket No. 7:11-CR-9-2
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The remaining portion of the three year term of electronic monitoring originally ordered is hereby terminated.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: June 4, 2014

### ORDER OF COURT

Considered and ordered this 4th day of June, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge